UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                                        )
                                              )
GWENDOLYN BROWN,                              )        NO. 13-91556
                                              )        Chapter 7
                Debtor.                       )
                                              )

MOTION FOR TURNOVER ORDER

NOW COMES Kristin L. Wilson, Chapter 7 Trustee, and for her Motion for Turnover respectfully states as follows:

1.      The Debtor filed her Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code on December 30, 2013.

2.      I serve as the Debtors' Chapter 7 Bankruptcy Trustee.

3.      Debtor has listed on her petition and schedules a cash value life insurance policy with Gerber Life Insurance Company.  Debtor is not entitled to an exemption in said cash value life insurance policy under 735 ILCS 5/12-1001 (f).

4.      That it is the Trustee's intent to take possession of the cash value in the life insurance policy with Gerber Life Insurance Company and distribute same to the unsecured creditors.

WHEREFORE, Kristin L. Wilson, Chapter 7 Trustee, respectfully prays that:

The Debtor be ordered to turn over the cash value of the life insurance policy with Gerber Life Insurance Company within 10 days of the entry of the Order on Motion for Turnover.

/s/Kristin L. Wilson_____
Kristin L. Wilson
Chapter 7 Trustee

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that a true and correct copy of the foregoing Motion for Turnover Order has been deposited this date in an envelope securely sealed with sufficient postage affixed thereto in the United States Post Office at Charleston, Illinois, legibly addressed to:

> Gwendolyn Brown
> 715 W. Elm Street. Apt. 32
> Hoopeston, IL 60942

I hereby certify that on the 3rd day of March, 2014, a true and correct copy of the foregoing pleading was served by electronic mail upon:

| | |
|---|---|
| Terrence Miles | Nancy J. Gargula |
| 301 W. North | United States Trustee |
| Danville, IL 60942 | 401 Main Street |
| | Suite 1100 |
| | Peoria, IL 61602 |

DATED this 3rd day of March, 2014.


> /s/ Kristin L. Wilson
> Kristin L. Wilson

KRISTIN L. WILSON
Chapter 7 Trustee
600 Jackson Avenue
Charleston, IL  61920
Telephone:  (217) 345-3929
Fax:        (217) 345-6501